UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDDIE J. ARMANT (#150261)

VERSUS

RICHARD STALDER, ET AL.

CIVIL ACTION

NO. 08-248-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 18, 2008 (doc. no. 15). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion to dismiss is GRANTED. Further, the plaintiff's claims against form Louisiana Department of Public Safety and Corrections Secretary Richard Stalder, Lessly Smith and Louis Mitchell are DISMISSED pursuant to Rule 4(m) for failure to serve these defendants.

Baton Rouge, Louisiana, this 15th day of January, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA